MARY NICHOLSON, as Administratrix, etc., of JOHN NICHOLSON, Deceased, Respondent, v. GREELEY SQUARE HOTEL COMPANY, Appellant.— Motion for resettlement of order denied, without costs. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

THEODORE BAKER and Others, Appellants, v. EMMA H. GRIFFITH and Another, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

WILLIAM BEDELL, Respondent, v. JAMES MCARDLE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Stapleton, Mills, Rich and Putnam, JJ., concurred; Jenks, P. J., not voting.

JAMES BOYLE, Respondent, v. FLORENCE M. WALLACE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

RAFFAELE CASCONE & COMPANY, Appellant, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Respondent.— We think that, in the exercise of the discretion conferred upon us, the order should be reversed. Order reversed, without costs, and motion granted, on payment by plaintiff, within ten days, of a trial fee of thirty dollars and ten dollars costs of the motion; otherwise, affirmed, with ten dollars costs and disbursements. Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred.

ROSE COOPER, Respondent, v. TERRY & TENCH COMPANY, INC., Appellant, and Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

WILLIAM J. DAVIS, Appellant, v. VILLAGE OF MILLBROOK, Respondent.— Judgment and order of the County Court of Dutchess county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

FRANCIS H. GREANEY, Respondent, v. THE TROY WAGON WORKS COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $7,352.08, in which event the judgment, as so modified, and the order are unanimously affirmed, without costs, upon the ground that at all events the amount paid to Graham upon the sales to the French Commission should have been deducted from the amount of those sales in computing plaintiff's commission. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

GEORGE B. HALL, Respondent, v. GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.